In the Matter of FRANKLIN LEONARD, Appellant, v MARGARET DUSHANTINSKI, as Inmate Records Coordinator, Auburn Correctional Facility, et al., Respondents.

Submitted June 14, 2004; decided September 2, 2004

Motion for leave to appeal dismissed as untimely (CPLR 5513 [b]). Motion for poor person relief dismissed as academic.